*Fulton,* and *E. L. Boyle* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris, John MacC. Hudson,* and *H. Brian Holland* for respondent.

No. 612. CALIFORNIA OREGON POWER CO. *v.* BEAVER PORTLAND CEMENT CO. ET AL. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. A. E. Reames* for petitioner. *Mr. W. Lair Thompson* for respondents.

No. 625. REALTY ASSOCIATES SECURITIES CORP. ET AL. *v.* O'CONNOR ET AL. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Alfred T. Davison* and *James N. Rosenberg* for petitioners. *Messrs. George C. Levin, Sydney Krause, George J. Hirsch, Archibald Palmer,* and *Samuel M. Brook* for respondents.

No. 663. SNYDER *v.* COMMISSIONER OF INTERNAL REVENUE. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Henry M. Ward* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *J. P. Jackson* for respondent.

No. 347. EARWOOD, GUARDIAN, *v.* UNITED STATES. See *ante,* p. 695.

No. 640. STOTT REALTY CO. *v.* HEYMANN ET AL. February 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.